**Fill in this information to identify the case:**

Debtor 1: Henry James McGuigan

Debtor 2: Kendra Suzann McGuigan
(Spouse, if filing)

United States Bankruptcy Court for the: Eastern District of PA
(State)

Case number: 19-16870-amc

---

Form 4100R

# Response to Notice of Final Cure Payment

10/15

**According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.**

## Part 1: Mortgage Information

**Name of creditor:** Fay Servicing, LLC

**Court claim no.** (if known): 3-1

**Last 4 digits** of any number you use to identify the debtor's account: 2776

**Property address:** 4327 Manayunk Avenue
Number    Street

Philadelphia    PA    19128
City            State   ZIP Code

## Part 2: Prepetition Default Payments

*Check one:*

☒ Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

☐ Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is:    $ _____

## Part 3: Postpetition Mortgage Payment

*Check one:*

☐ Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor(s) is due on: ___/___/_____
MM / DD / YYYY

☒ Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:

a. Total postpetition ongoing payments due:    (a) $ 2,112.91

b. Total fees, charges, expenses, escrow, and costs outstanding:    + (b) $ 1,400.00*

c. **Total**. Add lines a and b.    (c) $ 3,512.91

Creditor asserts that the debtor(s) are contractually obligated for the postpetition payment(s) that first became due on:    12 / 01 / 2024
MM / DD / YYYY

* PPFN filed 02/24/2020 IAO $1,400.00

---

Form 4100R    **Response to Notice of Final Cure Payment**    page 1

| Debtor 1 | Henry James McGuigan | Case number *(if known)* 19-16870-amc |
|---|---|---|
| | First Name  Middle Name  Last Name | |

## Part 4: Itemized Payment History

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

- all payments received;
- all fees, costs, escrow, and expenses assessed to the mortgage; and
- all amounts the creditor contends remain unpaid.

## Part 5: Sign Here

**The person completing this response must sign it. The response must be filed as a supplement to the creditor's proof of claim.**

*Check the appropriate box::*

☐ I am the creditor.
☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.**

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

✘ /s/Lauren Moyer
Signature

Date 12/04/2024

Print: Lauren Moyer
First Name  Middle Name  Last Name

Title: Creditor's Attorney

Company: Friedman Vartolo LLP

**If different from the notice address listed on the proof of claim to which this response applies:**

Address: 1325 Franklin Avenue, Suite 160
Number  Street

Garden City  NY  11530
City  State  ZIP Code

Contact phone (212) 471-5100

Email: bankruptcy@friedmanvartolo.com

BK Filed date: 11/1/19
Debtor name: McGuigan

Fay Servicing, LLC
Post Petition Payment Ledger

| Pmt Due/Comments | Amt Due | Date Received | Amt Rec'd | Pmt Satisified | To/From Suspense | Suspense Balance |
|---|---|---|---|---|---|---|
| Begin Suspense | | | | | $ - | $ - |
| | | | | | $ - | $ - |
| | | | | | $ - | $ - |
| | $2,081.07 | 11/29/2019 | $2,081.07 | 12/1/2019 | $ - | $ - |
| | $2,081.07 | 1/2/2020 | $2,081.07 | 1/1/2020 | $ - | $ - |
| | $2,081.07 | 1/31/2020 | $2,081.07 | 2/1/2020 | $ - | $ - |
| | $2,081.07 | 3/3/2020 | $2,081.07 | 3/1/2020 | $ - | $ - |
| | $2,081.07 | 4/1/2020 | $2,081.07 | 4/1/2020 | $ - | $ - |
| | $2,081.07 | 5/1/2020 | $2,081.07 | 5/1/2020 | $ - | $ - |
| | $2,081.07 | 6/2/2020 | $2,081.07 | 6/1/2020 | $ - | $ - |
| | $2,081.07 | 7/6/2020 | $2,081.07 | 7/1/2020 | $ - | $ - |
| | $2,081.07 | 8/6/2020 | $2,081.07 | 8/1/2020 | $ - | $ - |
| | $2,081.07 | 9/8/2020 | $2,081.07 | 9/1/2020 | $ - | $ - |
| | $2,081.07 | 10/2/2020 | $2,081.07 | 10/1/2020 | $ - | $ - |
| | $2,081.07 | 11/13/2020 | $2,081.07 | 11/1/2020 | $ - | $ - |
| | $2,081.07 | 12/11/2020 | $2,081.07 | 12/1/2020 | $ - | $ - |
| | $2,081.07 | 1/14/2021 | $2,081.07 | 1/1/2021 | $ - | $ - |
| | $2,138.86 | 2/15/2021 | $2,138.86 | 2/1/2021 | $ - | $ - |
| | $2,138.86 | 3/10/2021 | $2,138.86 | 3/1/2021 | $ - | $ - |
| | $2,138.86 | 4/1/2021 | $2,138.86 | 4/1/2021 | $ - | $ - |
| | $2,138.86 | 5/14/2021 | $2,138.86 | 5/1/2021 | $ - | $ - |
| | $2,138.86 | 6/10/2021 | $2,138.86 | 6/1/2021 | $ - | $ - |
| | $2,138.86 | 7/8/2021 | $2,138.86 | 7/1/2021 | $ - | $ - |
| | $2,138.86 | 8/5/2021 | $2,138.86 | 8/1/2021 | $ - | $ - |
| | $2,138.86 | 9/15/2021 | $2,138.86 | 9/1/2021 | $ - | $ - |
| | $2,138.86 | 10/14/2021 | $2,138.86 | 10/1/2021 | $ - | $ - |
| | $2,138.86 | 11/12/2021 | $2,138.86 | 11/1/2021 | $ - | $ - |
| | $2,138.86 | 12/10/2021 | $2,138.86 | 12/1/2021 | $ - | $ - |
| | $2,138.86 | 1/11/2022 | $2,138.86 | 1/1/2022 | $ - | $ - |
| | $2,174.73 | 2/15/2022 | $2,174.73 | 2/1/2022 | $ - | $ - |
| | $2,174.73 | 3/15/2022 | $2,174.73 | 3/1/2022 | $ - | $ - |
| | $2,174.73 | 4/14/2022 | $2,174.73 | 4/1/2022 | $ - | $ - |
| | $2,174.73 | 5/13/2022 | $2,174.73 | 5/1/2022 | $ - | $ - |
| | $2,174.73 | 6/9/2022 | $2,174.73 | 6/1/2022 | $ - | $ - |
| | $2,174.73 | 7/11/2022 | $2,174.73 | 7/1/2022 | $ - | $ - |
| | $2,174.73 | 8/5/2022 | $2,174.73 | 8/1/2022 | $ - | $ - |
| | $2,174.73 | 9/15/2022 | $2,174.73 | 9/1/2022 | $ - | $ - |
| | $2,174.73 | 10/12/2022 | $2,174.73 | 10/1/2022 | $ - | $ - |
| | $2,174.73 | 11/10/2022 | $2,174.73 | 11/1/2022 | $ - | $ - |
| | $2,174.73 | 12/9/2022 | $2,174.73 | 12/1/2022 | $ - | $ - |
| | $2,174.73 | 1/6/2023 | $2,174.73 | 1/1/2023 | $ - | $ - |
| | $2,068.53 | 2/3/2023 | $2,068.53 | 2/1/2023 | $ - | $ - |
| | $2,068.53 | 3/7/2023 | $2,068.53 | 3/1/2023 | $ - | $ - |
| | $2,068.53 | 4/13/2023 | $2,068.53 | 4/1/2023 | $ - | $ - |
| | $2,068.53 | 5/11/2023 | $2,068.53 | 5/1/2023 | $ - | $ - |

|  | $2,068.53 | 6/9/2023 | $2,068.53 | 6/1/2023 | $ - | $ - |
|---|---|---|---|---|---|---|
|  | $2,068.53 | 7/10/2023 | $2,068.53 | 7/1/2023 | $ - | $ - |
|  | $2,068.53 | 8/3/2023 | $2,068.53 | 8/1/2023 | $ - | $ - |
|  | $2,068.53 | 9/13/2023 | $2,068.53 | 9/1/2023 | $ - | $ - |
|  | $2,068.53 | 10/12/2023 | $2,068.53 | 10/1/2023 | $ - | $ - |
|  | $2,068.53 | 11/8/2023 | $2,068.53 | 11/1/2023 | $ - | $ - |
|  | $2,068.53 | 12/11/2023 | $2,068.53 | 12/1/2023 | $ - | $ - |
|  | $2,068.53 | 1/9/2024 | $2,068.53 | 1/1/2024 | $ - | $ - |
|  | $2,068.53 | 2/6/2024 | $2,068.53 | 2/1/2024 | $ - | $ - |
|  | $2,112.91 | 3/5/2024 | $2,112.91 | 3/1/2024 | $ - | $ - |
|  | $2,112.91 | 4/10/2024 | $2,112.91 | 4/1/2024 | $ - | $ - |
|  | $2,112.91 | 5/10/2024 | $2,112.91 | 5/1/2024 | $ - | $ - |
|  | $2,112.91 | 6/11/2024 | $2,112.91 | 6/1/2024 | $ - | $ - |
|  | $2,112.91 | 7/10/2024 | $2,112.91 | 7/1/2024 | $ - | $ - |
|  | $2,112.91 | 8/6/2024 | $2,112.91 | 8/1/2024 | $ - | $ - |
|  | $2,112.91 | 9/10/2024 | $2,112.91 | 9/1/2024 | $ - | $ - |
|  | $2,112.91 | 10/14/2024 | $2,112.91 | 10/1/2024 | $ - | $ - |
|  | $2,112.91 | 11/12/2024 | $2,112.91 | 11/1/2024 | $ - | $ - |
| 12/1/2024 | $2,112.91 |  |  |  | $ (2,112.91) | $ (2,112.91) |
| PPFN 2/24/20 | $1,400.00 |  |  |  | $ (1,400.00) | $ (3,512.91) |

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | Henry James McGuigan<br>Kendra Suzann McGuigan<br>    Debtor(s) | CASE NO.: 19-16870-amc<br><br>CHAPTER 13 |
| | Fay Servicing, LLC as servicer for Fay Servicing, LLC<br>v. | Judge: Ashely M. Chan<br><br>Hearing Date: |
| | Henry James McGuigan<br>Kendra Suzann McGuigan<br>Kenneth E. West<br>    Respondents | Objection Deadline: |

## CERTIFICATE OF SERVICE

I certify under penalty of perjury that I caused to be served the above-captioned pleading on the parties at the addresses specified below or on the attached list on December 4, 2024.

The type(s) of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was: first-class mail and electronic notification

If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, the full name, email address, and where applicable the full name of the person or entity represented, for each party served by electronic transmission is listed under the heading "Service by NEF," and the full name and complete postal address for each party served by mail are listed under the heading "Service by First-Class Mail."

EXECUTED ON: December 4, 2024

By: /s/Lauren Moyer
Lauren Moyer, Esq.
**FRIEDMAN VARTOLO LLP**
Attorneys for Fay Servicing, LLC as servicer for Fay Servicing, LLC
1325 Franklin Avenue, Suite 160
Garden City, NY 11530
T: (212) 471-5100
F: (212) 471-5150
Bankruptcy@FriedmanVartolo.com

**Service by Regular Mail**

Henry James McGuigan
4327 Manayunk Avenue
Philadelphia, PA 19128
Bankruptcy Debtor

Kendra Suzann McGuigan
4327 Manayunk Avenue
Philadelphia, PA 19128
Bankruptcy Debtor

**Service by NEF**

Brad J. Sadek
1500 JFK Boulevard, Ste 220
Philadelphia, PA 19102
Attorney

Kenneth E. West
Office of the Chapter 13 Standing Trustee
190 N. Independence Mall West
Suite 701
Philadelphia, PA 19106
Bankruptcy Trustee

United States Trustee
Robert N.C. Nix Federal Building - Suite 320, 900 Market
Street Philadelphia, PA 19107
United States Trustee